Complete and Mail To:
BORRELLI & ASSOCIATES, P.L.L.C.
Attn: THOMAS J. DILLON, et al. v. VERIZON NEW YORK, INC., et al.
1010 Northern Boulevard, Suite 328
Great Neck, New York 11021
Tel: (516) 248-5550
Fax: (516) 248-6027

## CONSENT TO JOIN COLLECTIVE ACTION

I hereby consent to join the lawsuit, entitled THOMAS J. DILLON, on behalf of himself and all others similarly situated, v. VERIZON NEW YORK, INC., et al., brought pursuant to the Fair Labor Standards Act, the New York State Labor Law, and the New York Code of Rules and Regulations.

By signing below, I state that I am currently or was formerly employed by the defendants at some point during the previous six years. I was required to work for the defendants in excess of forty (40) hours per week without being properly compensated for all hours worked or for overtime or spread of hours compensation in accordance with state and federal law.

I hereby designate Borrelli & Associates, PLLC ("Plaintiffs' Counsel") to represent me for all purposes of this action.

I also designate THOMAS J DILLON, the class representative who brought the above-referenced lawsuit, as my agent to make decisions on my behalf concerning the litigation and the method and manner of conducting the litigation. I also state that I have entered into my own retainer agreement with Plaintiffs' Counsel or consent to the retainer agreement entered into by Mr. DILLON concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

06-11-2015
Date

Signature: *[signed]*

LYNNETTE PATRICIA ANTHONY
Full Legal Name (Print)

Telephone Number

Email Address

Dates of Employment with Defendants

Street Address

City, State, Zip Code