IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS J. DILLON, on behalf of himself, individually, and on behalf of all others similarly-situated,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON NEW YORK, INC.,<br><br>Defendant. | No. 15-cv-05517 (RA) (JLC) |

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/1/17

### ORDER OF DISMISSAL WITH PREJUDICE

The parties having reached a settlement of this matter, and the Court having been advised, the Court determines that the terms of the settlement are a fair and reasonable resolution of a bona fide dispute of Plaintiff's claims pursuant to the Fair Labor Standards Act of 1938 ("FLSA"), as amended, and hereby approves the terms of the settlement and DISMISSES WITH PREJUDICE all of Plaintiff Thomas Dillon's claim in the above-styled lawsuit by Plaintiff Thomas Dillon.

The Court further DISMISSES WITHOUT PREJUDICE opt-in Plaintiffs Lynnette Patricia Anthony and Rosalyn William.

The period in which opt-in Plaintiffs Anthony and William may file court actions or opt-in forms under the FLSA arising out of the facts alleged in the Complaint in this case is hereby tolled, upon agreement of the parties, beginning on the date the Court enters this Order and ending 30 days thereafter.

The Court shall retain jurisdiction over this matter for purposes of enforcing the parties' settlement agreement, if necessary.

The parties shall bear their own respective attorney's fees and costs.

SO ORDERED this ___1st___ day of ___March___, 2017.

_____
RONNIE ABRAMS
United States District Judge